**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ERNEST SAXTON (A-87601), | ) |
| Plaintiff, | ) Case No. 14 C 1697 |
| v. | ) Judge Milton I. Shadur |
| SGT. HARRIS, et al., | ) |
| Defendants. | ) |

## MEMORANDUM ORDER

Ernest Saxton ("Saxton"), an inmate at the Vandalia Correctional Center, has brought this *pro se* action that stems from his arrest and subsequent detention in Rockford, Illinois. Without expressing an opinion as to the merits of the Complaint, this Court finds that venue more properly lies in the Western Division of the Northern District of Illinois rather than this jurisdictional district.

On that score, Saxton's allegations pertain to incidents that occurred in the Western Division, where the named defendants also reside. Hence non-lawyer Saxton erred in using a printed form provided by the Clerk's Office here (one that reflects "Eastern Division" in the case heading).

Accordingly this Court exercises the discretion vested in it by 28 U.S.C. § 1406(b) by transferring this action to the United States District Court for the Western Division of the Northern District of Illinois for the imposition of an initial filing fee and whatever other action

the transferee court deems appropriate.  No further action shall be taken in this Division.

_____
Milton I. Shadur
Senior United States District Judge

Date:   March 18, 2014